UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERKESHIA MARTIN | CIVIL ACTION |
| VERSUS | |
| EATON LAW GROUP ATTORNEYS, LLC | NO.: 12-00781-BAJ-SCR |

### JUDGMENT AND ORDER

Considering Plaintiff's **Acceptance of Offer Judgment (Doc. 7)**,

**IT IS ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice.

**IT IS FURTHER ORDERED** Defendant's **Motion for Entry of Judgment on Offer of Judgment (Doc. 8)** is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is hereby rendered in favor of Plaintiff Erkeshia Martin and against Defendant Eaton Law Group Attorneys, LLC in the amount of **$1,001.00**. The amount of attorney's fees and costs to be awarded to Plaintiff shall be determined by this Court at a later date.

Baton Rouge, Louisiana, this 17th day of June, 2013.

*[signature]*

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**